JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROSS STORES, INC.; *et al*., <br><br> Defendants. | Case No. CV 17-868-GW(AFMx) <br> <u>*Honorable George Wu Presiding*</u> <br><br> **ORDER ON STIPULATION TO DISMISS ACTION** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorneys' fees incurred against one another in this action.
3. The Court will retain jurisdiction to enforce the terms of the Parties' settlement agreement.

Date: December 1, 2017          By: _____
                                    HON. GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE